# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:23-mc-00141-JLS-PD                    Date July 18, 2024

Title: In Re Subpoena of Dependable Hawaiian Express, Inc.

Present: The Honorable Patricia Donahue

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                               None Present

Proceedings:     ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated April 24, 2024          .

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____IV_____

CV-74 (10/08)                    CIVIL MINUTES -REOPENING/CLOSING